Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff*

ANTHONY BOUYER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br><br>ZYGOMA, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-03232-JAK-PLA<br><br>Hon. John A. Kronstadt<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: April 14, 2021<br>Trial Date: None |

1

**TO THE COURT AND ALL PARTIES:**

2

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

3

Plaintiff Anthony Bouyer ("Plaintiff") requests that this Court enter a dismissal

4

without prejudice of Plaintiff's Complaint in the above-entitled action. Each party

5

shall bear his or its own costs and attorneys' expenses.

6

7

                          Respectfully submitted,

8

9

DATED: May 10, 2021          **MANNING LAW, APC**

10

                    By: /s/ *Joseph R. Manning, Jr.*

11

                      Joseph R. Manning, Jr.
                      Attorney for Plaintiff

12

                      Anthony Bouyer

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1